```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0022--CR (JWS)
                    "USA V TAE WON RO ET AL"
                      DEF 1.1 RO, TAE WON

        Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 02/19/04
            Closed: 03/04/05
No. of Defendants: 3
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
 Needs interpreter: YES
 Counsel of record: Brent R. Cole
                    Marston & Cole PC
                    745 W. 4th Avenue, Suite 502
                    Anchorage, AK 99501
                    907-277-8001
                    FAX 907-277-8002
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Steven Skrocki
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 1.1 RO, TAE WON
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Dismissed (89-1) |
| 1 - 1 IND | 2 | 16:3372(a)(2)(A), and (4) and 3373(d)(1)(B) ATTEMPTED EXPORT AND SALE OF ILLEGALLY TAKEN WILDLIFE (F) or 16:33721(a)(1) & (4) and 16:3373(d)(2) A LESSER INCLUDED OFFENSE (M) | Sentenced (89-1) |
| 1 - 1 IND | 3 | 16:3372(a)(1) and (4) and 3373(d)(1)(B) ATTEMPTED EXPORT AND SALE OF ILLEGALLY TAKEN WILDLIFE (F) | Dismissed (89-1) |
| 1 - 1 IND | 5 | 16:3372(d)(1) and 3373(d)(3)(A)(ii) FALSE STATEMENTS CONCERNING WILDLIFE (F) | Dismissed (89-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0022--CR (JWS)
                                    "USA V TAE WON RO ET AL"
                                       DEF 1.1 RO, TAE WON

                    Including terminated defendants, excluding terminated counsel


  47 -    1 INF    1         18:922(g)(9) POSSESSION OF FIREARM BY PROHIBITED      Sentenced
                             INDIVIDUAL (F)                                        (89-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0022--CR (JWS)
                                 "USA V TAE WON RO ET AL"
                                    DEF 2.1 YI, KWAN SU

                Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  02/19/04
             Closed:  03/04/05
 No. of Defendants:  3
     MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
 Needs interpreter:  YES
  Counsel of record:  Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Steven Skrocki
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



 Counts re: DEF 2.1 YI, KWAN SU
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Dismissed (108-1) |
| 1 - 1 IND | 2 | 16:3372(a)(2)(A), and (4) and 3373(d)(1)(B) ATTEMPTED EXPORT AND SALE OF ILLEGALLY TAKEN WILDLIFE (F) or 16:33721(a)(1) & (4) and 16:3373(d)(2) A LESSER INCLUDED OFFENSE (M) | Sentenced (108-1) |
| 1 - 1 IND | 3 | 16:3372(a)(1) and (4) and 3373(d)(1)(B) ATTEMPTED EXPORT AND SALE OF ILLEGALLY TAKEN WILDLIFE (F) | Dismissed (108-1) |
| 1 - 1 IND | 4 | 16:3372(d)(1) and 3373(d)(3)(A)(ii) FALSE STATEMENTS CONCERNING WILDLIFE (F) | Dismissed (108-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0022--CR (JWS)
                            "USA V TAE WON RO ET AL"
                               DEF 2.1 YI, KWAN SU

           Including terminated defendants, excluding terminated counsel


 1 -   1 IND    7       28:2461, 16:3372, 3374(a)(2) CRIMINAL FORFEITURE     Sentenced
                        (F)                                                  (108-1)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0022--CR (JWS)
                                   "USA V TAE WON RO ET AL"
                                    DEF 3.1 MOON, JAMES HO

                  Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 02/19/04
            Closed: 03/04/05
No. of Defendants: 3
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Scott A. Sterling
                   Sterling & DeArmond PC
                   851 E. Westpoint Drive
                   Suite 201
                   Wasilla, AK 99654
                   907-376-8076
                   FAX 907-376-8078
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Steven Skrocki
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 3.1 MOON, JAMES HO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Dismissed (87-1) |
| 1 - 1 IND | 2 | 16:3372(a)(2)(A), and (4) and 3373(d)(1)(B) ATTEMPTED EXPORT AND SALE OF ILLEGALLY TAKEN WILDLIFE (F) or 16:33721(a)(1) & (4) and 16:3373(d)(2) A LESSER INCLUDED OFFENSE (M) | Sentenced (87-1) |
| 1 - 1 IND | 6 | 16:3372(d)(1) and 3373(d)(3)(A)(ii) FALSE STATEMENTS CONCERNING WILDLIFE (F) | Dismissed (87-1) |
| 1 - 1 IND | 7 | 28:2461, 16:3372, 3374(a)(2) CRIMINAL FORFEITURE (F) | Dismissed (87-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                                    "USA V TAE WON RO ET AL"

                                      For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed:   02/19/04
            Closed:   03/04/05
No. of Defendants: 3


 Document #   Filed     Docket text
 ──────────   ─────     ───────────
      1 -  1  02/19/04  [Re: DEF 1-3] PLF 1 Indictment.

      2 -  1  02/19/04  [Re: DEF 1-3] AHB Grand Jury Minutes; bail set at $1,000 unsecured re:
                        defs 1 & 2; bail set at $2,000 unsecured re: def 3; summons to issue;
                        set for arr and notify USM.

   NOTE -  1  02/27/04  Issued: Summons re: Def 1

   NOTE -  2  02/27/04  Issued: Summons re: Def 2

   NOTE -  3  02/27/04  Issued: Summons re: Def 3

      3 -  1  02/27/04  [Re: DEF 1-3] AHB Minute Order that recorded translation of Indt as to
                        all defs set 10:00 a.m., 4/6/04; arr as to all defs set 10:30 a.m.,
                        4/6/04.  cc: USA, USM, PO, Defs (by USM)

      4 -  1  03/08/04  USM Return of svc of summons re: DEF 2 executed on 3/1/04.

      5 -  1  03/08/04  USM Return of svc of summons re: DEF 1 executed on 3/5/04.

      6 -  1  03/15/04  USM Return of svc re: DEF 3 executed on 3/11/04.

      7 -  1  03/16/04  DEF 3 motion for transpoation from Los Angeles, California to
                        Anchorage, Alaska for initial appearanceon 4/6/04 at 10:00 a.m.

      8 -  1  03/19/04  [Re: DEF 3] AHB Order granting motion for transpoation from Los
                        Angeles, California to Anchorage, Alaska (7-1).  cc: FPD (as Friend of
                        the Court), USM

      9 -  1  04/07/04  [Re: DEF 1] Appearance bond; bond set $2,5000 unsecured.

     10 -  1  04/07/04  [Re: DEF 1] Order setting conditions of release.  cc: USA, B. Cole, USM,
                        PO

     11 -  1  04/07/04  [Re: DEF 2] Financial Affidavit.

     12 -  1  04/07/04  [Re: DEF 2] Appearance bond; bond set at $2,500 unsecured.

     13 -  1  04/07/04  [Re: DEF 2] Order setting conditions of release.  cc: USA, FPD, USM,PO

     14 -  1  04/07/04  [Re: DEF 3] Financial Affidavit.

     15 -  1  04/07/04  [Re: DEF 3] Appearance bond; bond set $2,500.

     16 -  1  04/07/04  [Re: DEF 3] Order setting conditions of release.  cc: USA, S. Sterling,
                        USM,K PO

     17 -  1  04/07/04  [Re: DEF 1-3] AHB Order regarding preparation for trial; disc conf
                        4/6/04; ptms due 4/20/04.  cc: USA, FPD, B. Cole, S. Sterling

ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                                "USA V TAE WON RO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 04/07/04 | [Re: DEF 1-3] AHB Court Minutes [ECR: Dan Maus] of recorded translation and arr on Indt (held 4/6/04); fin affs re: Def 2 & 3 FILED; FPD appointed re: Def 2; CJA appointed re: Def 3; defs all plead not guilty; bond set $2,500 unsecured re: all defs; Appearance Bonds and Orders setting conditions of release re: all defs FILED; ptms due 4/20/04; order re: preparation for trial FILED; Def 3 oral mot for transportation placed on record; Mr. Sterling to submit proposed order; Mr. Sterling informed crt that Def 3 does not require interpreter. cc: USA, FPD, S. Sterling, B. Cole, USM, PO, Judge Sedwick |
| 19 - 1 | 04/07/04 | DEF 2 Notice of lodging passport no. ST0030783 w/passport. |
| 20 - 1 | 04/08/04 | [Re: DEF 2] Clerk's Notice that pursuant to Order Setting Conditions of Release dated 4/7/04 passport # ST0030783 has been received by the clerk's office and placed in vault for safekeeping. cc: USA, FPD, USM, PO, Finance |
| 21 - 1 | 04/08/04 | [Re: DEF 3] AHB Order GRANTING oral mot for return transporation. cc: USA, S. Sterling, USM, PO |
| 22 - 1 | 04/09/04 | [Re: DEF 1-3] JWS Minute Order setting TBJ on 6/14/04 at 9:00 a.m. and FPTC set on 6/14/04 at 8:30 a.m.. cc: USA, B. Cole, FPD, S. Sterling, USM, USPO, MJ Branson, JC |
| 23 - 1 | 04/09/04 | [Re: DEF 1-3] JWS Minute Order that no reply memos to be fld unless requested by USDJ or USMJ. cc: USA, B. Cole, FPD, S. Sterling, MJ Branson |
| 24 - 1 | 04/09/04 | DEF 1 Notice of intent to surrender passport. |
| 25 - 1 | 04/12/04 | [Re: DEF 1] Clerk's Notice that pursuant to Order Setting Conditions of Release dated 4/7/04. The passport # 073361086 has been placed in the vault for safekeeping. cc: cnsl |
| 26 - 1 | 04/15/04 | [Re: DEF 1-3] PLF 1 Discovery conference certificate. |
| 27 - 1 | 04/19/04 | DEF 3 Notice of filing re: James Moon's Passport. |
| 28 - 1 | 04/19/04 | [Re: DEF 3] Clerk's Notice that pursuant to crt order setting conditions of release dated 4/7/04 the original passport # 076245385 has been received by the clerk's office and placed in the vault for safe-keeping. cc: USA, S.Sterling, USM, PO |
| 29 - 1 | 04/23/04 | [Re: DEF 3] CJA appointment of Scott Sterling. |
| 30 - 1 | 05/28/04 | {SEALED} |
| 31 - 1 | 06/02/04 | {SEALED} |
| 32 - 1 | 06/07/04 | DEF 3 Notice of Intent to change plea and hearing request. |
| 33 - 1 | 06/07/04 | DEF 3 motion for transportation from Los Angeles, CA. to California re: Plea hearing. |
| 34 - 1 | 06/07/04 | DEF 3 motion on shortened time re: motion for transportation from Los Angeles, Ca. to anchorage re: plea hearing. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                              "USA V TAE WON RO ET AL"

                                   For all filing dates


 Document #    Filed       Docket text

   35 -  1    06/07/04    DEF 1 motion for approval of payment for expert expenses w/att exh.

   36 -  1    06/08/04    [Re: DEF 3] JWS Order setting PCOP hrg on 6/14/04 at 8:30 a.m.; 6/14/04
                          FPTC & TBJ vacated. cc: USA, S. Sterling, USM, USPO, MJ Branson, JC

   37 -  1    06/08/04    [Re: DEF 3] JWS Order granting motion on shortened time re: motion for
                          transportation from Los Angeles, Ca (34-1). cc: USA, S. Sterling

   38 -  1    06/08/04    [Re: DEF 3] JWS Order granting mot for transp from Los Angeles, CA. to
                          California re: plea hrg (33-1); transp to be on or about 6/13/04. cc:
                          USA, S. Sterling, USM, USPO

   35 -  2    06/09/04    [Re: DEF 1] JWS Order granting mot for approval of payment for expert
                          expenses (35-1). cc: USA, B. Cole w/orig CJA 21, FPD (CJA Clk)

   39 -  1    06/09/04    DEF 1 Notice of Intent to change plea & req for hrg.

   40 -  1    06/10/04    {SEALED}

   41 -  1    06/10/04    [Re: DEF 1] JWS Minute Order setting PCOP on 6/14/04 at 9:00 a.m.;
                          6/14/04 FPTC & TBJ vacated. cc: USA, B. Cole, USM, USPO, JC, MJ Branson

   42 -  1    06/10/04    {SEALED}

   43 -  1    06/14/04    [Re: DEF 3] PLF 1 Plea Agreement.

   44 -  1    06/14/04    [Re: DEF 3] JWS Court Minutes [ECR: Denali Elmore] re: PCOP hrg held
                          6/14/04; pled guilty to ct 2 of Indt; IOS set 9/28/04 at 9:00 a.m.;
                          conditions of rls remain as set. cc: USA, S. Sterling, USM, USPO, MJ
                          Branson

   45 -  1    06/14/04    DEF 1 Waiver of indictment.

   46 -  1    06/14/04    [Re: DEF 1] PLF 1 motion requesting filing of supplementa information
                          for filing and use at COP hrg.

   47 -  1    06/14/04    [Re: DEF 1] PLF 1 Information.

   48 -  1    06/14/04    [Re: DEF 1] PLF 1 Plea Agreement.

   49 -  1    06/14/04    [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: PCOP hrg & arr on
                          suppl Info held 6/14/04; pled guilty to ct 1 of suppl Info & ct 2 of
                          Indt; IOS set 9/28/04 at 9:30 a.m.; granting mot requesting filing of
                          suppl Info for filing & use @ PCOP hrg (46-1). cc: USA, B. Cole, USM,
                          USPO, MJ Branson

   50 -  1    06/14/04    DEF 3 Unopposed motion on shortened time for transportation from
                          Anchorage, Alaska to Los Angeles, CA.

   51 -  1    06/15/04    [Re: DEF 3] JWS Order granting unoppo mot on shortened time for
                          transportation from Anchorage, AK to Los Angeles, CA (50-1); USM to
                          provide air transport on 6/15/04 or as soon thereafter as possible. cc:
                          USA, S. Sterling, USPO, USM

   52 -  1    06/15/04    {SEALED}


ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 3
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                            "USA V TAE WON RO ET AL"

                                  For all filing dates


 Document #    Filed     Docket text

     53 -  1   07/12/04  DEF 2 Unopposed motion on shortened time for permission to travel to Los
                         Angeles w/att aff.

     54 -  1   07/13/04  [Re: DEF 2] RRB Order granting unopposed motion on shortened time for
                         permission to travel to Los Angelas (53-1).  cc: AUSA, FPD, USM, USPO,
                         Judge Sedwick

     55 -  1   08/05/04  {SEALED}

     55 -  2   08/09/04  {SEALED}

     56 -  1   08/16/04  DEF 2 Unopposed motion on shortened time to continue sentencing 30 days
                         w/att aff.

     57 -  1   08/18/04  [Re: DEF 2] JWS Order granting unoppo mot on shortened time to cont IOS
                         30 days (56-1); IOS cont from 8/8/04 to 10/8/04 at 8:00 a.m.. cc: USA,
                         FPD, USM, USPO

     58 -  1   08/18/04  DEF 1 motion for CJA apointment nunc pro tunc.

     59 -  1   08/20/04  [Re: DEF 1] AHB Minute Order that hrg re: 58-1 is set 10:00 a.m.,
                         8/26/04.  cc: USA, B. Cole, USM, PO

     60 -  1   08/23/04  [Re: DEF 3] PLF 1 Unopposed motion to continue imposition of sentence
                         for approximately 30 days.

     61 -  1   08/23/04  [Re: DEF 1] PLF 1 Unopposed motion to continue imposition of sentence
                         for approximately 30 days.

     62 -  1   08/25/04  [Re: DEF 3] JWS Order granting unoppo mot to continue IOS (60-1);
                         9/28/04 IOS reset to 10/13/04 @ 8:00 a.m.. cc: USA, S. Sterling, USM,
                         USPO

     63 -  1   08/25/04  JWS Order granting unoppo mot to continue IOS (61-1); 9/28/04 IOS reset
                         to 10/15/04 @ 8:00 a.m.. cc: USA, B. Cole, USM, USPO

     64 -  1   08/27/04  [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of hrg on mot for
                         CJA appt nunc pro tunc (held 8/26/04); def cnsl not present; def cnsl to
                         contact CMC to set hrg on again; fin aff provided to def.  cc: USA, B.
                         Cole

     65 -  1   08/31/04  DEF 1 motion for hearing re: CJA appointment nunc pro tunc (shortened
                         time).

     66 -  1   09/01/04  [Re: DEF 1] AHB Order granting motion for hearing re: CJA appointment
                         nunc pro tunc (shortened time) (65-1); hrg set 10:00 a.m., 9/8/04.  cc:
                         USA, B. Cole, USM, PO

     67 -  1   09/09/04  [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] granting motion for
                         CJA apointment nunc pro tunc (58-1).  cc: USA, B. Cole, FPD (CJA Clerk)

     68 -  1   09/15/04  [Re: DEF 1] CJA appointment of Brent Cole.

     69 -  1   09/22/04  DEF 3 motion for transportation from Los Angelas, Ca. to Anchorage re
                         sentencting.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                             "USA V TAE WON RO ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 70 - 1 | 09/23/04 | [Re: DEF 3] JWS Order granting motion for transportation from Los Angelas, Ca. to Anchorage re sentencing (69-1).  cc: AUSA, S. Sterling, FPD (CJA Clerk) |
| 71 - 1 | 10/07/04 | DEF 2 Unopposed motion on shortened time to continue sentencing until late November or early December w/att aff. |
| 72 - 1 | 10/07/04 | [Re: DEF 2] JWS Order granting unoppo mot on shortened time to continue sentencing (71-1); 10/8/04 IOS reset to 12/23/04 @ 8:30 a.m.. cc: USA, FPD, USM, USPO |
| 73 - 1 | 10/07/04 | DEF 3 Sentencing Memorandum. |
| 74 - 1 | 10/07/04 | DEF 3 motion for transportation from Anchorage to Los Angeles, CA for IOS. |
| 75 - 1 | 10/08/04 | [Re: DEF 3] PLF 1 motion to accept sentencing memorandum of the United States late-filed. |
| 76 - 1 | 10/12/04 | [Re: DEF 1] PLF 1 motion to accept sentencing memo of the U.S. late-filed. |
| 77 - 1 | 10/13/04 | [Re: DEF 3] JWS Order granting motion for transportation from Anchorage to Los Angeles, CA for IOS (74-1).  cc: USA, S. Sterling, USM, PO |
| 78 - 1 | 10/13/04 | [Re: DEF 1] JWS Order granting motion to accept sentencing memo of the U.S. late-filed (76-1). cc: USA, B. Cole |
| 79 - 1 | 10/13/04 | [Re: DEF 3] JWS Order granting motion to accept sentencing memorandum of the United States late-filed (75-1). cc: USA, S. Sterling |
| 80 - 1 | 10/13/04 | [Re: DEF 3] PLF 1 Sentencing Memorandum. |
| 81 - 1 | 10/13/04 | {SEALED} |
| 81 - 2 | 10/13/04 | {SEALED} |
| 82 - 1 | 10/13/04 | DEF 1 motion to accept late-filed sentencing memo w/att late filed sentencing memo. |
| 83 - 1 | 10/14/04 | [Re: DEF 1] JWS Order granting motion to accept late-filed sentencing memo (82-1).  cc; AUSA, B. Cole |
| 84 - 1 | 10/14/04 | DEF 1 Sentencing Memorandum. |
| 85 - 1 | 10/14/04 | [Re: DEF 3] JWS Court Minutes [ECR: Denali Elmore] IOS held 10/13/04.  Sentenced as stated in the judgment.  Remaining counts 1,6 & 7 of the Indictment were dismissed.  Bond exonerated.  Def's oral mot for transportation to Los Angeles, Ca. Granted, order signed. Def's passport to be returned before he leaves the State to return to Ca.  cc: AUSA, S. Sterling, USm, USPO, Finance |
| 86 - 1 | 10/14/04 | [Re: DEF 3] JWS Minute Order to clear docket of any uncertainty re: stat fo felony charged in Ct II def is no longer charge w/nor can he otherwise ever be placed in jeopardy of being convicted on the felony set out in Ct II; clerk to close case against Def 3 on basis of judgment of conviction on Misd. Charge.  cc: USA, S. Sterling, USM, PO |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                               "USA V TAE WON RO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 87 - 1 | 10/15/04 | [Re: DEF 3] JWS Judgment dismissed count(s) 1,6,7 of the Indictment (1-1); pleaded guilty to lesser and included offense contained in count(s) 2 of the Indictment (1-1); 3 yrs prob; $25.00 SA; $1,000 Fine; $600.00 restitution.  cc: USA, FPD, USM, PO, MJ Branson, Finance, FLU, Def (by cnsl) |
| 88 - 1 | 10/18/04 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] of IOS (held 10/15/04); sentence imposed as stated in judgment; granting motion for downward departure (81-2).  cc: USA, B. Cole, USM, PO |
| 89 - 1 | 10/20/04 | [Re: DEF 1] JWS Judgment dismissed counts 1,3,5 of the Indictment (1-1); pleaded guilty to count(s) 2 of the Indictment (1-1); pleaded guilty to counts 1 of the Information (47-1).  Probation 3 years w/standard and special conditions. SA $200.00, Fine $3,000.00.  Restitution $1,800.00 to be paid as stated.  cc: AUSA, B. Cole, USM, USPO, MJ Branson, Finance, FLU, Def w/cnsl cy |
| 90 - 1 | 11/05/04 | {SEALED} |
| 92 - 1 | 11/08/04 | {SEALED} |
| 93 - 1 | 11/08/04 | {SEALED} |
| 91 - 1 | 11/09/04 | [Re: DEF 3] Partial Transcript of IOS held 10/13/04 |
| 90 - 2 | 11/19/04 | {SEALED} |
| 92 - 2 | 11/19/04 | {SEALED} |
| 93 - 2 | 11/19/04 | {SEALED} |
| 94 - 1 | 12/06/04 | [Re: DEF 1] PARTIAL Transcript re: IOS held 10/15/04. |
| 95 - 1 | 12/15/04 | DEF 2 Unopposed motion on shortened time to continue sentencing for 60 days w/att aff. |
| 96 - 1 | 12/16/04 | [Re: DEF 2] JWS Order granting unoppo mot on shortened time to continue sentencing for 60 days (95-1); 12/23/04 IOS cont to 2/16/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO |
| 97 - 1 | 02/01/05 | DEF 2 Unopposed motion to continue sentencing scheduled for 2/16/05 w/att aff. |
| 98 - 1 | 02/03/05 | [Re: DEF 2] JWS Order granting Unopposed motion to continue sentencing scheduled for 2/16/05  (97-1); 2/16/05 IOS cont to 8:30 a.m., 3/1/05. cc: USA, FPD, USM, PO |
| 99 - 1 | 02/28/05 | DEF 2 motion to accept sentencing memo as late filed w/att aff & prop IOS memo. |
| 100 - 1 | 02/28/05 | [Re: DEF 2] PLF 1 Plea Agreement addendum & amendment. |
| 101 - 1 | 02/28/05 | JWS Order granting motion to accept sentencing memo as late filed (99-1). cc: USA, FPD |
| 102 - 1 | 02/28/05 | DEF 2 Sentencing Memorandum. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                              "USA V TAE WON RO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 103 - 1 | 02/28/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 104 - 1 | 02/28/05 | [Re: DEF 2] PLF 1 Suppl Sentencing Memorandum. |
| 105 - 1 | 03/01/05 | [Re: DEF 2] PLF 1 Unopposed motion to enter preliminary order of forfeiture. |
| 106 - 1 | 03/01/05 | [Re: DEF 2] JWS Court Minutes [ECR: Robin Carter] Re: IOS held 3/1/05; granting motion Unopposed motion to enter preliminary order of forfeiture (105-1); sentence imposed as stated in the judgment. cc: USA, FPD |
| 107 - 1 | 03/02/05 | [Re: DEF 2] JWS Prel Order of forfeiture. cc: USA, FPD, USM, USPO |
| 108 - 1 | 03/04/05 | [Re: DEF 2] JWS Judgment dism cts 1,3,4 of Indt (1-1); pleaded guilty to count 2,7 of Indt (1-1); sentenced to 12 mos & 1 day impr; 36 mos SR; $100.00 SA. cc: USA, FPD, USM, USPO, MJ Branson, Def w/cnsls cy, FLU, Finance |
| 109 - 1 | 04/05/05 | [ Re: DEF 2] Partial Transcript Re: IOS held (3/1/05). |
| 110 - 1 | 04/14/05 | USM Return of svc on notice of forfeiture re: DEF 1 on 3/31/05. |
| 111 - 1 | 04/14/05 | USM Return of svc on notice of forfeiture re: Credit Union One on 3/31/05. |
| 112 - 1 | 04/14/05 | USM Return of svc on notice of forfeiture re: DEF 3 on 3/31/05. |
| 113 - 1 | 04/26/05 | [Re: DEF 2] ZZZ 4 motion (petition) for ancillary hearing w/att exhs. |
| 114 - 1 | 04/27/05 | [Re: DEF 2] ZZZ 4 Certificate of svc re: [Re: DEF 2] ZZZ 4 mot (pet) for ancillary hrg (113-1). |
| 115 - 1 | 05/11/05 | USM Return of svc on publication of forfeiture notice re: DEF 2 in Anchorage Daily News on 04/03/05; 04/10/05 and 04/17/05. |
| 116 - 1 | 05/18/05 | [Re: DEF 2] JWS Minute Order granting mot (pet) for ancillary hrg (113-1); ancillary hrg set 6/15/05 @ 9:00 a.m. unless plf & Credit Union 1 sooner file stip resolving concerns. cc: USA, FPD, E. Sleeper, USM, USPO |
| 117 - 1 | 05/18/05 | [Re: DEF 2] PLF 1 motion for final decree of forfeiture. |
| 118 - 1 | 06/03/05 | [Re: DEF 2] ZZZ 4 Notice of withdrawal of petition for ancillary hearing. |
| 119 - 1 | 06/08/05 | [Re: DEF 2] JWS Minute Order that based on the notice of withdrawal at dkt 118, the ancillary hrg set for 6/15/05 is VACATED and motion for final decree of forfeiture (117-1) is denied w/out prejudice. cc: AUSA, FPD, E. Sleeper |
| 120 - 1 | 06/30/05 | USM Return of DEF 2's judg; def delivered on 5/9/05 to FDC Seatac. |
| 121 - 1 | 06/30/05 | [Re: DEF 3] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 4 | 07/18/05 | Issued: writ of execution re: DEF 3 on PFD. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0022--CR (JWS)
                         "USA V TAE WON RO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 122 - 1 | 07/18/05 | [Re: DEF 2] PLF 1 motion for final decree of forfeiture w/att decla & exh. |
| 123 - 1 | 07/22/05 | [Re: DEF 2] JWS Order granting motion for final decree of forfeiture (122-1).  cc: AUSA, FPD, USM, USPO, Fish & Wildlife Sevice (Agent J. Birchell) |
| 124 - 1 | 10/24/05 | [Re: DEF 3] JWS Order and petition for modif of conditions of SR; DEF 3 to participate in drug or alcohol abuse treatment. cc: USPO |
| 125 - 1 | 11/03/05 | USM Return of svc on writ of execution re: DEF 1 on PFD on 7/22/05 in the amt of $843.76. |
| 126 - 1 | 11/15/05 | [Re: DEF 3] PLF 1 motion to release attached PFD funds in the amt of $843.76. |
| 127 - 1 | 11/22/05 | [Re: DEF 3] JWS Order granting mot to release attached PFD funds in the amt of $843.76 (126-1). cc: USA, S. Sterling, Finance |