## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  TAE WON RO  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                              CASE NO. <u>  3:04-cr-00022-01-JWS  </u>

<u>  Pam Richter  </u>

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: July 18, 2006

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Tae Won Ro.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration.  If no motion is filed within 45 days, the Clerk shall destroy the passport.

[304cr22-01JWS-clk's-notice-passport-return.wpd]{CLERKNOT.WPD*Rev.12/97}