Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Tae Won Ro

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAE WON RO, et al., )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0022 Cr. (JWS) |

## UNOPPOSED MOTION TO RELEASE PASSPORT

Tae Won Ro asks this court for an order directing the Clerk of Court to release his passport. Mr. Ro was required to surrender his passport to the court as a condition of release in the above-styled matter. The Clerk of Court has notifed counsel that they have Mr. Ro's passport in their possession, and will destroy it in 45 days unless claims (Docket No. 132). Accordingly, it is appropriate to return his passport.

The government does not oppose this request.

This motion is submitted pursuant to D.Ak.L. Crim. R. 47.1 and is based upon the affidavit of counsel filed herewith.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Unopposed Motion to Release Passport
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 1 of 2

DATED this lst day of August, 2006, at Anchorage, Alaska.

MARSTON & COLE, P.C.
Attorneys for Tae Won Ro


By: s/ Brent R. Cole, Esq.
    745 West Fourth Ave., Suite 502
    Anchorage, AK 99501
    Phone: (907) 277-8002
    Fax: (907) 277-8002
    Email: cole@pobox.alaska.net
    AK Bar No. 8606074

CERTIFICATE OF SERVICE

This is to certify that on August 1, 2006,
a true and correct copy of the foregoing document was
served electronically on:

Steven Skrocki, Esq.
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Ave., Room 253, #9
Anchorage, Alaska 99513-7567


By: s/ Brent R. Cole

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Unopposed Motion to Release Passport
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 2 of 2