Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Tae Won Ro

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TAE WON RO, et al., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A04-0022 Cr. (JWS) |

**<u>PROPOSED ORDER</u>**

On consideration of the defendant's unopposed request for an order authorizing the clerk of court to release the defendant's passport to the defendant;

IT IS HEREBY ORDERED that the request is GRANTED. The Clerk of Court is authorized to release the defendant's passport to the defendant or to Brent R. Cole, Marston & Cole.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Proposed Order Re:  Release Passport
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 1 of 2

DATED this ___ day of _____, 2006, at Anchorage, Alaska.

By:_____
      JOHN W. SEDWICK
      U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that on August 1, 2006,
a true and correct copy of the foregoing document was
served electronically on:

Steven Skrocki, Esq.
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Ave., Room 253, #9
Anchorage, Alaska 99513-7567

By:  s/ Brent R. Cole

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Proposed Order Re:  Release Passport
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 2 of 2