+Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Tae Won Ro

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TAE WON RO, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A04-0022 Cr. (JWS) |

### **AFFIDAVIT OF COUNSEL**

STATE OF ALASKA          )
                         ) ss
THIRD JUDICIAL DISTRICT  )

Brent R. Cole, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Tae Won Ro.

2. Mr. Ro was required to surrender his passport to the Clerk of Court as a condition of release pending resolution of the case.

3. The case has been resolved and it is appropriate to return Mr. Ro's passport.

4. On July 18, 2006, the Clerk of Court filed a notice that Mr. Ro's passport is in their possession, and will be destroyed in 45 days unless claims (*See*, Docket 132).

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

5. On July 31, 2006, I spoke with Assistant U.S. Steven Strocki. Mr. Strocki indicated that the government does not oppose this request.

6. Accordingly, I am asking for an order authorizing the Clerk of Court to release the passport to Brent R. Cole.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brent R. Cole

SUBSCRIBED AND SWORN TO before me this 1st day of August, 2006.

_____
Notary Public in and for Alaska
My commission Expires: 10/7/2007

OFFICIAL SEAL
State of Alaska
NOTARY PUBLIC
Judy R. Cork
My Commission Expires 10-7-2007

CERTIFICATE OF SERVICE

This is to certify that on August 1, 2006,
a true and correct copy of the foregoing document was
served electronically on:

Steven Skrocki, Esq.
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Ave., Room 253, #9
Anchorage, Alaska 99513-7567

By: s/ Brent R. Cole

LAW OFFICES OF
MARSTON
& COLE, P.C.
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 2 of 2