# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TAE WON RO, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:04-cr-00022-JWS |

## **ORDER**

On consideration of the defendant's unopposed request for an order authorizing the clerk of court to release the defendant's passport to the defendant;

IT IS HEREBY ORDERED that the request is GRANTED. The Clerk of Court is authorized to release the defendant's passport to the defendant or to Brent R. Cole, Marston & Cole.

DATED this  2nd  day of  August , 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
JOHN W. SEDWICK
U.S. DISTRICT JUDGE

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Proposed Order Re:  Release Passport
USA v. Ro, Case No. 3:04cr-00022-JWS)