Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Tae Won Ro

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TAE WON RO, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A04-0022 Cr. (JWS) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA            )
                           ) ss
THIRD JUDICIAL DISTRICT    )

Brent R. Cole, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Tae Won Ro.

2. Mr. Ro was required to surrender his passport to the Clerk of Court as a condition of release pending resolution of the case.

3. The case has been resolved and it is appropriate to return Mr. Ro's passport.

4. On July 18, 2006, the Clerk of Court filed a notice that Mr. Ro's passport is in their possession, and will be destroyed in 45 days unless claimed (*See*, Docket 132).

LAW OFFICES OF
MARSTON
& COLE, P.C.
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 1 of 2

5. On August 2, 2006 an Order was issued granting either Defendant or Brent Cole to pick up the passport [Docket No. 138].

6. Defendant attempted to pick up his passport but was informed he needs the original receipt in order to receive his passport.

7. Brent Cole's office and Defendant have looked everywhere and are unable to locate the original receipt the court gave defendant when he surrendered his passport on April 9, 2004.

8. Based on the Order issued on August 2, 2006, it is requested that Tae Won Ro's passport be released to him without the original receipt.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brent R. Cole

SUBSCRIBED AND SWORN TO before me this 29th day of January, 2007.

_____
Notary Public in and for Alaska
My commission Expires: 10/7/2007

CERTIFICATE OF SERVICE

I hereby certify that on 29th day of January, 2007, a copy of the foregoing document was served electronically on:

Steven Skrocki, Esq.
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Ave., Room 253, #9
Anchorage, Alaska 99513-7567

By: s/ Brent R. Cole

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel
USA v. Ro, Case No. A04-0022 CR (JWS)
Page 2 of 2